David Hohsfield
1208 Washington Ave.
Asbury Park, NJ 07712

RECEIVED

FEB 17 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Feb. 9, 2021

United States District Court
402 East State St., Rm. # 2020
Trenton, NJ , 08608
Attn. Honorable Freda L. Wolfson

           Re: Dkt.# 21-19295 (FLW)
           David Hohsfield vs. Officer Craig Staffieri, et al.,
           Request for additional time, Assignment of Pro-Bono Counsel

Dear Judge Wolfson :

    I had called the Court last week with respect to the above mentioned requests and was told that I should submit my requests in writing to the Court regarding my concerns…

    First and foremost please be advised that I am no longer confined @ South Woods State Prison, and make note of my current address…Since being discharged I have been attempting to find an attorney that would consider representing me on a contingency fee basis with this Complaint, as of this date I have yet to find one.

    At the present time I have limited financial resources due to being recently released from confinement and unemployed. Additionally I have made an attempt to have my Social Security Retirement Benefits Reinstated, however like everything else they to are backed up in paperwork and trying to catch up.

    So I find myself between a rock and a hard place at this time and I am requesting the Courts assistance regarding additional time or in lieu of possibly a Dismissal Without Prejudice so that I can continue seeking an attorney that is willing to accept this case on a contingency fee basis only to be refiled at a later date. But still I would request the Courts

assistance with respect to Pro-Bono Assignment of Counsel, and request that the forms be mailed to me at the above address.

I do not possess the legal skills of an experienced Civil Rights Attorney and know that a 1983 Civil Rights Complaint would be out of my league, so I am asking for the Court for a little latitude because I believe this case has merit and is not frivolous to be dismissed only for the lack of my knowledge and experience regarding these matters.

Thanking Your Honor for your time and attention into this matter…

Respectfully,

David Horsfield

C. File

TRENTON NJ 085
10 FEB 2022 PM 3 L

Honorable Freda L. Wolfson
United States District Court
402 E. State St., Rm # 2020
Trenton, NJ 08608

08608-150705